# In the United States Court of Federal Claims

No. 23-1255C
(Filed: August 16, 2023)
**NOT FOR PUBLICATION**

```
*****************************************
SYNERGIST JV2, LLC,                     *
                                        *
              Plaintiff,                *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
              Defendant.                *
                                        *
*****************************************
```

## ORDER

    The government has moved to dismiss this bid protest for lack of jurisdiction, arguing that corrective action by the agency has rendered Plaintiff's claims moot. *See* Motion (ECF 10). Although the government erred in reporting originally that the motion was unopposed — a serious misrepresentation that could have had grave consequences in other circumstances — Plaintiff later confirmed that it does not oppose dismissal. *See* Motion for Stay (ECF 11); Response to Motion to Dismiss (ECF 12). The motion to dismiss is therefore **GRANTED**.

    Plaintiff's motion for leave to file its complaint under seal (ECF 3) is **GRANTED**. The Clerk is directed to **UNSEAL** the proposed redacted complaint (ECF 2).

    Plaintiff's motion for a protective order (ECF 4) and motion for stay (ECF 11) are **DENIED AS MOOT**.

    The case is **DISMISSED**.

    The Clerk is directed to enter judgment accordingly.

    **IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge
